IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GEORGE GUTHRIE,
ADC# 163208                                                                                                    PLAINTIFF

v.                                        Case No. 4:20-cv-00381-KGB-JTK

DEXTER PAYNE, Director
Arkansas Department of Correction                                                                  DEFENDANT

## ORDER

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). On June 1, 2020, Mr. Guthrie filed an objection and motion requesting to extend the time to pay the $5.00 filing fee (Dkt. No. 5). The Court granted Mr. Guthrie's motion on June 18, 2020, and ordered Mr. Guthrie to pay the fee on or before July 1, 2020 (Dkt. No. 6). The Court informed Mr. Guthrie that failure to pay the $5.00 filing fee by July 1, 2020, without cause may result in dismissal of this action without prejudice. July 1, 2020, has passed, and Mr. Guthrie has not paid the filing fee. Therefore, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 4). This action is dismissed without prejudice.

It is so ordered this 25th day of January, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge