IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GEORGE GUTHRIE,
ADC# 163208                                                                                                  PLAINTIFF

v.                              Case No. 4:20-cv-00381-KGB-JTK

DEXTER PAYNE, Director
Arkansas Department of Correction                                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff George Guthrie's complaint is dismissed without prejudice. The relief sought is denied.

It is so adjudged this 25th day of January, 2021.

_____
Kristine G. Baker
United States District Judge